**Order entered April 17, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00038-CV

**BASIL BROWN, Appellant**

**V.**

**ROBERT HAWKINS, Appellee**

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 16C-0127**

## ORDER

Appellant has been declared a vexatious litigant and is required to obtain permission from the local administrative judge to file this appeal. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 11.103(a). After granting appellant two extensions, the Court received a copy of the March 22, 2019 order of the Honorable Carter Thompson, Local Administrative Judge in Dallas County. By order dated March 27, 2019, we acknowledged receipt of the March 22nd order and set the deadline for the reporter's record.

Before the Court is appellee's April 10, 2019 objection to this Court's March 27th order continuing the appeal and motion to dismiss. Appellee asserts appellant must obtain permission from the local administrative judge of Kaufman County because the underlying case arises from Kaufman County. We **GRANT** appellee's motion to the extent that we **VACATE** this Court's

March 27th order and **ORDER** appellant to file, by **May 7, 2019**, a copy of an order from the local administrative judge of Kaufman County permitting the filing of this appeal. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 11.103(a). We caution appellant that failure to comply may result in dismissal of the appeal for want of jurisdiction without further notice. We **SUSPEND** the deadline for the reporter's record. The deadline will be reset if appellant complies with this order.

Also before the Court is appellant's April 12, 2019 "Motion to Declare Trial Court's 'Order Granting Final Judgment' Void." We **DENY** the motion.

We **DIRECT** the Clerk of this Court to send a copy of this order to Shelly Etheridge, Official Court Reporter for County Court at Law No. 1; and all parties.

/s/     BILL WHITEHILL
         JUSTICE